UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Lakeisha Taylor

                    Plaintiff,

v.                                     Case No.: 1:17–cv–08741
                                                Honorable Sharon Johnson Coleman

United States of America, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 20, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 12/20/2017. This action is hereby dismissed without prejudice. Defendant's motion to dismiss [5] is stricken as moot. Civil case terminated. Mailed notice (rth)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.